IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERMA MCMILLAN,** <br> **Estate of Rebecca A. Williams** | : <br> : <br> : | **CIVIL ACTION** |
| **v.** | : <br> : | |
| **NATIONSTAR MORTGAGE COMPANY,** <br> **a/k/a Mr. Cooper Mortgage Company,** <br> **ATTORNEY CHRISTINE L. GRAHAM** | : <br> : <br> : | **NO.   20-1321** |

## ORDER

**NOW**, this 22nd day of July, 2020, upon consideration of plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), the Complaint, and the Emergency Petition for Temporary Restraining Order or Special Relief (Doc. No. 3), it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is deemed filed;

3. The Emergency Petition for Temporary Restraining Order or Special Relief is **DENIED**; and,

4. The Complaint is **DISMISSED WITH PREJUDICE**.


/s/ TIMOTHY J. SAVAGE J.